The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-00568-RSM |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED MOTION RE: RELATIVE PRIORITY OF LIENS AGAINST SUBJECT PROPERTY AND DISMISSAL OF RUSHMORE LOAN MANAGEMENT SERVICES LLC AS A PARTY** |
| PHILLIP AARON; GLADIES M. AARON; KING COUNTY; CIM TRUST 2019-R2; and RUSHMORE LOAN MANAGEMENT SERVICES LLC, | |
| Defendants. | |

Upon consideration of the Stipulated Motion Re: Relative Priority of Liens Against Subject Property and Dismissal of Rushmore Loan Management Services LLC as a Party filed by the United States of America, King County, CIM Trust 2019-R2, and Rushmore Loan Management Services LLC (Dkt. # 21), and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that the Court adopts the Stipulation set forth in the Stipulated Motion.

///

1     IT IS FURTHER ORDERED that Rushmore Loan Management Services LLC has no
2 interest in the Subject Property as described in the Complaint (Dkt. # 1 at ¶¶ 13-15) and is
3 DISMISSED from this action with prejudice.
4     DATED this 14th day of July, 2021.

                                      RICARDO S. MARTINEZ
                                      CHIEF UNITED STATES DISTRICT JUDGE