The Honorable David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-00568-DGE |
| Plaintiff, | |
| v. | **ORDER GRANTING UNITED STATES' MOTION TO SUBSTITUTE DEFENDANT PHILLIP JAMES AARON (DKT. NO. 69)** |
| GLADIES M. AARON, et al., | |
| Defendants. | |

Before the Court is the United States' Motion to Substitute Defendant Phillip James Aaron ("Motion") (Dkt. No. 69). For the reasons set forth in the Motion, and having considered the record contained herein, there being no opposition to the Motion and good cause being shown, the Motion is GRANTED.

IT IS FURTHER ORDERED that:

1. Phillip James Aaron, personal representative of the Estate of Phillip Aaron, is substituted as defendant in place of Phillip Richard Aaron, personal representative of the Estate of Phillip Aaron.

///

///

///

///

    2.      The Court caption, going forward, is hereby modified to include "Phillip James Aaron, personal representative of the Estate of Phillip Aaron" in place of "Phillip Richard Aaron, personal representative of the Estate of Phillip Aaron."

IT IS SO ORDERED.

Dated this 20th day of July, 2023.

David G. Estudillo
United States District Judge