The Honorable David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILLIP AARON; GLADIES M. AARON; )<br>KING COUNTY; CIM TRUST 2019-R2; and )<br>RUSHMORE LOAN MANAGEMENT )<br>SERVICES LLC, )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:21-cv-00568-DGE<br><br>**ORDER GRANTING FIRST AMENDED STIPULATED MOTION RE: RELATIVE PRIORITY OF LIENS AGAINST SUBJECT PROPERTY** |

Upon consideration of the First Amended Stipulated Motion Re: Relative Priority of Liens Against Subject Property filed by the United States of America, King County, and CIM Trust 2019-R2 (Dkt. # 75), and for good cause shown, IT IS HEREBY ORDERED that the First Amended Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that the Court adopts the Stipulation set forth in the First Amended Stipulated Motion.

///

---

[Proposed] Order Granting First Am. Stipulated Motion Re:
Relative Priority of Liens Against Subject
(Case No. 2:21-cv-00568-DGE)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

Dated this 4th day of August 2023.

_____
David G. Estudillo
United States District Judge

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Chelsea Bissell*
CHELSEA BISSELL
YEN JEANNETTE TRAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 307-1372 (CB)
Tel: (202) 616-3366 (YT)
Fax: (202) 307-0054
Chelsea.E.Bissell@usdoj.gov
Y.Jeannette.Tran@usdoj.gov

*Attorneys for the United States of America*

[Proposed] Order Granting First Am. Stipulated Motion Re: Relative Priority of Liens Against Subject (Case No. 2:21-cv-00568-DGE)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366