The Honorable David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLADIES M. AARON, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:21-cv-00568-DGE <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND REPLY DEADLINES (DKT. NO. 85)** |

Before the Court is the parties' Stipulated Motion to Extend Reply Deadlines. (Dkt. No. 85.) For good cause shown, the Motion is GRANTED. The reply deadlines for the United States' Motion for Summary Judgment Against Gladies M. Aaron and the Estate of Phillip Aaron (Dkt. No. 76) and Gladies M. Aaron's Motion to Stay Court Proceedings Pending Administrative Tax Claim, and Any Possible United States Tax Court Trial and Appeal (Dkt. Nos. 80, 81) are extended by one-week from August 25, 2023 to September 1, 2023.

**IT IS SO ORDERED.**

Dated this 24th day of August 2023.

David G. Estudillo
United States District Judge