The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-00568-DGE |
| Plaintiff, | |
| v. | ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND REPLY DEADLINES (DKT. NO. 87) |
| GLADIES M. AARON, et al. | |
| Defendants | |

Before the Court is the parties' Second Stipulated Motion to Extend Reply Deadlines. (Dkt. No. 87.) For good cause shown, the Motion is GRANTED. The reply deadlines for the United States' Motion for Summary Judgment Against Gladies M. Aaron and the Estate of Phillip Aaron (Dkt. No. 76) and Gladies Aaron's Motion to Stay Court Proceedings Pending Administrative Tax Claim and Any Possible United States Tax Court Trial and Appeal (Dkt. Nos. 80, 81) are extended from September 1, 2023 to September 29, 2023.

**IT IS SO ORDERED.**

Dated this 29th day of August 2023.

David G. Estudillo
United States District Judge

Order Granting Mot. to Extend Reply Deadlines (Dkt. No. 87)
(Case No. 2:21-cv-00568-DGE)