The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLADIES M. AARON, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:21-cv-00568-DGE <br><br> ORDER GRANTING IN PART THIRD STIPULATED MOTION TO EXTEND REPLY DEADLINES |

Before the Court is the parties' Third Stipulated Motion to Extend Reply Deadlines ("Motion"). For good cause shown, the Motion is GRANTED in part. The reply deadlines for the United States' Motion for Summary Judgment Against Gladies M. Aaron and the Estate of Phillip Aaron (Dkt. No. 76) and Gladies Aaron's Motion to Stay Court Proceedings Pending Administrative Tax Claim, and Any Possible United States Tax Court Trial and Appeal (Dkt. Nos. 80, 81) are extended from September 29, 2023 to October 30, 2023.

The remaining case management deadlines are also extended. The revised case management deadlines are as follows:

- Motions in Limine: December 1, 2023
- Pretrial Order: December 15, 2023
- Trial Brief Deadline: December 15, 2023

- Deposition Designations Deadline: December 15, 2023
- Pretrial Conference: December 29, 2023 at 1:30 p.m.
- Trial Date: January 8, 2024 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated this 29th day of September 2023.

David G. Estudillo
United States District Judge

Order Granting 3rd Stip. Mot. To Extend Reply Deadlines
(Case No. 2:21-cv-00568-DGE)

2