The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cv-00568-DGE |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING IN PART |
| v. | ) | FOURTH STIPULATED MOTION TO |
| | ) | EXTEND REPLY DEADLINES |
| GLADIES M. AARON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the parties' Fourth Stipulated Motion to Extend Reply Deadlines ("Motion"). For good cause shown, the Motion is GRANTED in part. The reply deadlines for the United States' Motion for Summary Judgment Against Gladies M. Aaron and the Estate of Phillip Aaron (Dkt. No. 76) and Gladies Aaron's Motion to Stay Court Proceedings Pending Administrative Tax Claim, and Any Possible United States Tax Court Trial and Appeal (Dkt. Nos. 80, 81) are extended from October 30, 2023 to December 29, 2023.

The remaining case management deadlines are also extended. The revised case management deadlines are as follows:

- Motions in Limine: January 30, 2024
- Pretrial Order: February 13, 2024
- Trial Brief Deadline: February 13, 2024

- Deposition Designations Deadline: February 13, 2024

- Pretrial Conference: March 1, 2024 at 2:30 p.m.

- Trial Date: March 11, 2024

**IT IS SO ORDERED.**

Dated this 1st day of November 2023.

David G. Estudillo
United States District Judge