UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-cv-00568-DGE |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR JUDGMENT IN FAVOR OF THE UNITED STATES AND AGAINST GLADIES AARON AND THE ESTATE OF PHILLIP AARON (DKT. NO. 94) AND STRIKING AS MOOT EARLIER MOTIONS (DKT. NOS. 76, 80) |
| v. | |
| PHILLIP AARON, et al., | |
| Defendants. | |

Pursuant to the Stipulated Motion for Judgment in Favor of the United States and Against Gladies Aaron and the Estate of Phillip Aaron ("Stipulated Motion") filed by Plaintiff United States and Defendants Gladies Aaron and the Estate of Phillip Aaron (Dkt. No. 94), and for good cause shown, the Court finds and ORDERS that:

1. The Stipulated Motion (Dkt. No. 94) is GRANTED.

2. Judgment SHALL be entered consistent with the parties' stipulation as set forth in the Stipulated Motion.

3. In light of the parties' stipulation, Plaintiff's Motion for Summary Judgment (Dkt. No. 76) and Defendant Gladies Aaron's Motion to Stay Court Proceedings (Dkt. No. 80) are STRICKEN as moot.

Dated this 20th day of December 2023.



David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR JUDGMENT IN FAVOR OF THE UNITED STATES AND AGAINST GLADIES AARON AND THE ESTATE OF PHILLIP AARON (DKT. NO. 94) AND STRIKING AS MOOT EARLIER MOTIONS (DKT. NOS. 76, 80) - 1